FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 27 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

09-CV-00843-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GARY DWAYNE YOUNG, | ) |
| Petitioner, | ) Case No. C09-843-JLR |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| STATE OF WASHINGTON, | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. 6), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, [Plaintiff's Objections (Dkt 21),] the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 6) is DISMISSED with prejudice;

(3) The Court denies issuance of a certificate of appealability as to claims 1, 2, 3, and 6;

(4) The Court grants a certificate of appealability as to claims 4 and 5.

(5) The Clerk of Court is directed to send copies of this Order to all counsel and to

///

ORDER OF DISMISSAL -1

Magistrate Judge Brian A. Tsuchida.

DATED this 27th day of February, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL -2