# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY DWAYNE YOUNG,<br><br>                Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                Respondents. | AMENDED JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C09-0843JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved.  Petitioner's petition for a writ of habeas corpus (Dkt. # 6) is DISMISSED with prejudice.  The court DENIES issuance of a certificate of appealability as to claims 1, 2, 3, and 6.  The court GRANTS a certificate of appealability as to claims 4 and 5.

    Filed this 18th day of October, 2010.

                                                       WILLIAM M. MCCOOL<br>
                                                       Clerk of Court

                                                       s/Mary Duett<br>
                                                       Deputy Clerk